FILED
May 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No. 2;09CR00173-JAM |
| Plaintiff,    ) | |
| v.                                                   ) | ORDER FOR RELEASE OF |
| )  | PERSON IN CUSTODY |
| NATHAN BITNER,                        ) | |
| )  | |
| Defendant.                ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __NATHAN BITNER__ , Case No. __2;09CR00173-JAM__ , Charge __18USC § 1014; 18USC § 1343; 42USC § 408(a)(7))B)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 1, 2009__ at __2:00 pm__ .

By    /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court