```
 1  SHARI RUSK, Bar #170313
    ATTORNEY AT LAW
 2  1710 BROADWAY, SUITE 111
    Sacramento, California 95818
 3  Telephone: (916) 804-8656

 4  Attorney for Defendant
    Tehan Ferguson
 5
```

6                IN THE UNITED STATES DISTRICT COURT

7                FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

```
10  UNITED STATES OF AMERICA,    )  NO. CR. S.09-172, 173, 174 &
                                 )  175 EJG
11              Plaintiff,       )
                                 )
12      v.                       )  Stipulation to Continue Status
                                 )  Conference & Proposed Order
13  TEHAN FERGUSON, et. al.      )
                                 )  Date: September 18, 2009
14              Defendants.      )  Time: 10:00 a.m.
                                 )  Court: Hon. Edward J. Garcia
15  _____ )
16  ___
```

17

18

19      Defendants, Tehan Ferguson, by and through his undersigned
20  counsel, Nathan Bittner, Corey Ebanks and Keilan Johnson, by and
21  through their undersigned counsel and the United States, by and
22  through Assistant United States Attorney Kyle Reardon, hereby agree
23  and stipulate that the status conference previously scheduled for
24  August 28, 2009 should be re-set to September 18, 2009, and that date
25  is available with the Court.
26      The reason for this request is that the defendants are in the
27  process of reviewing discovery, engaging in defense investigation and
28  negotiations with the government.   The parties agree that the status

1  conference should be continued to September 18, 2009 and that time
2  should be excluded for preparation of counsel under 18 U.S.C. §
3  3161(H)(8)(b)and under § 3161 (h)(1)(D) and pursuant to local code
4  T2 and T4.

                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: August 26, 2009                  Shari Rusk
                                    Attorney for Defendant
                                    Tehan Ferguson


                                    /s/ Michael Long____
                                    Attorney for Defendant
                                    Nathan Bittner


                                    /s/ Robert Holley____
                                    Attorney for Defendant
                                    Corey Ebanks


                                    /s/ Caro Marks_____
                                    Attorney for Defendant
                                    Keilan Johnson


                                    /s/ Kyle Reardon____
Dated: August 26, 2009               Kyle Reardon
                                    Assistant United States Attorney



                              **ORDER**

IT IS SO ORDERED.

Dated: August 27, 2009              /s/ Edward J. Garcia
                                    U.S. DISTRICT JUDGE


                                    _____